IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAX CHMELIK,

    Plaintiff,

                                CASE NO.: 6:11-cv-1018-ORL-28-DAB

-VS-

CENTRAL CREDIT SERVICES, INC.

    Defendant.

_____/

## COMPLAINT

### JURISDICTION

1.    Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.    This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1962 et seq. ("FDCPA") and out of the invasions of Plaintiffs' person and financial privacy by these Defendants and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

3.    Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### PARTIES

4.    Plaintiff, MAX CHMELIK, is a natural person over the age of 18 who resides in the City of Port Orange, County of Volusia, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5.     Defendant, CENTRAL CREDIT SERVICES, INC. (hereinafter "CCS") is a collection agency operating from an address of 9550 Regency Square Blvd. #500, Jacksonville, FL 32225, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6.     Plaintiff owns his own business, Plant Enterprises, Inc., and employs an individual known as Elvis Babu Ogola.

7.     Beginning in June 2010, Defendant began repeatedly calling the Plaintiff using an automated robo-dialer attempting to contact Elvis Babu Ogola.

8.     Plaintiff, on numerous occasions, attempted to contact the Defendant in order to explain that he was not the individual they were seeking and to stop contacting him, however Plaintiff's efforts were fruitless.

9.     Plaintiff attempted to call the number left on the messages from the automated dialer as well the number on his Caller ID, however each time the number either rang busy or he was indefinitely placed on hold, unable to speak to a live person.

10.     In the automated messages the Defendant left for him, the recipient of the message is prompted to press the "2" button if said recipient is not the intended party. On numerous occasions Plaintiff would press "2" as prompted, however he was either indefinitely placed on hold or the location he was transferred to rang busy.

11.     All calls from the Defendant went to Plaintiff's phone number which Plaintiff also uses for business, tying up his line and therefore depriving him of possible business.

12.     While Plaintiff received a number of calls between June and August, 2010, Plaintiff only began keeping track of the calls he received from Defendant beginning in mid August, 2010.

13.     Defendant intentionally and willfully harassed the Plaintiff by having its automated dialing machine, including but not limited to, call Plaintiff on August 17, 2010 at 10:29am;

2

August 18, 2010 at 6:24pm; August 20, 2010 at 10:29am; twice (2) on August 24, 2010 at 12:22pm and 3:08pm; twice (2) on August 25, 2010 at 10:52am and 1:51pm; twice (2) on August 27, 2010 at 10:49am and 11:17am; three (3) times on August 30, 2010 at 10:19am, 12:59pm, and 4:14pm.

14.    Defendant intentionally and willfully harassed the Plaintiff by having its automated dialing machine, including but not limited to, call Plaintiff on September 1, 2010 at 8:03pm; September 2, 2010 at 5:19pm; September 7, 2010 at 8:10 pm; September 14, 2010 at 10:49pm; twice (2) on September 15, 2010 at 12:59pm and 3:32pm; September 16, 2010 at 6:01pm; September 17, 2010 at 12:18pm; and twice (2) on September 27, 2010 at 1:26pm and 4:03pm.

15.    Defendant intentionally and willfully harassed the Plaintiff by having its automated dialing machine, including but not limited to, call Plaintiff on October 1, 2010 at 11:29am; twice (2) on October 4, 2010 at 2:27pm and 8:05pm; October 5, 2010 at 5:38pm; twice (2) on October 6, 2010 at 1:10pm and 3:42pm; October 7, 2010 at 1:11pm; twice (2) on October 8, 2010 at 11:02am and 1:29pm; twice (2) on October 11, 2010 at 2:29pm and 4:14pm; October 18, 2010 at 3:38pm; twice (2) on October 19, 2010 at 1:12pm and 3:59pm; three (3) times on October 20, 2010 at 10:53pm, 2:05pm, and 8:07pm; October 21, 2010 at 9:25am; and twice (2) on October 22, 2010 at 9:07am and 3:40pm.

**Recorded Messages**

16.    Defendant left the following message on Plaintiff's phone at an unknown date and time: "Elvis Babu Ogola. This is not a sales or marketing call. (inaudible) [ring] Babu Ogola, please press 1 now. If this is not --."

17.    Defendant left the following message on Plaintiff's phone on July 14, 2010 at 11:30am: "Message is intended for Elvis Babu. This is James (inaudible) reach me at (inaudible) at 888-

682-2334. Refer to your file number, 5804249. When returning the call you will receive (inaudible) full disclosure for the purpose of this call."

18.    Defendant left the following message on Plaintiff's phone on July 14, 2010 at 1:13pm: "Hello? Elvis?"

19.    Defendant left the following message on Plaintiff's phone on July 14, 2010 at 2:06pm: "Elvis Babu Ogola. This is not a sales or marketing call. if this is Elvis Babu Ogola --."

20.    Defendant left the following message on Plaintiff's phone on July 15, 2010 at 8:26am: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

21.    Defendant left the following message on Plaintiff's phone on July 15, 2010 at 7:30pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now.lif this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

22.    Defendant left the following message on Plaintiff's phone on July 15, 2010 at 11:22am: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

23.    Defendant left the following message on Plaintiff's phone on July 19, 2010 at 7:59pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

24.     Defendant left the following message on Plaintiff's phone on July 20, 2010 at 12:21pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this --."

25.     Defendant left the following message on Plaintiff's phone on July 21, 2010 at 1:27pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

26.     Defendant left the following message on Plaintiff's phone on July 22, 2010 at 2:40pm: "Elvis Babu Ogola."

27.     Defendant left the following message on Plaintiff's phone on July 28, 2010 at 8:59am: " Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

28.     Defendant left the following message on Plaintiff's phone on July 27, 2010 at 10:17am: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

29.     Defendant left the following message on Plaintiff's phone on July 27, 2010 at 10:36am: "Elvis Babu Ogola."

30.     Defendant left the following message on Plaintiff's phone on July 27, 2010 at 3:39pm: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

31.     Defendant left the following message on Plaintiff's phone on July 28, 2010 at 8:49am: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

32.     Defendant left the following message on Plaintiff's phone on July 28, 2010 at 11:36am: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, --."

33.     Defendant left the following message on Plaintiff's phone on July 28, 2010 at 2:17pm: "– or marketing call. If this is [pause], please press 1 now. If this is not [pause], please press 2 now. Once again, if this is [pause], please press 1 now. If this is not [pause], please press 2 now."

34.     Defendant left the following message on Plaintiff's phone on July 29, 2010 at 11:03am: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola --."

35.     Defendant left the following message on Plaintiff's phone on August 6, 2010 at 10:38am: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

36.     Defendant left the following message on Plaintiff's phone on August 9, 2010 at 3:21pm: "This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

37.     Defendant left the following message on Plaintiff's phone on August 10, 2010 at 5:46pm: "This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is

6

not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

38.     Defendant left the following message on Plaintiff's phone on August 10, 2010 at 7:40pm: " – Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola --."

39.     Defendant left the following message on Plaintiff's phone on August 11, 2010 at 10:57am: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

40.     Defendant left the following message on Plaintiff's phone on August 12, 2010 at 11:15am: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not --."

41.     Defendant left the following message on Plaintiff's phone on August 12, 2010 at 4:05pm: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

42.     Defendant left the following message on Plaintiff's phone on August 13, 2010 at 10:53am: "Ogola. This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

43.     Defendant left the following message on Plaintiff's phone on August 15, 2010 at 1:27pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

44.   Defendant left the following message on Plaintiff's phone on August 17, 2010 at 10:29am: "—Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola --."

45.   Defendant left the following message on Plaintiff's phone on August 18, 2010 at 6:29pm: "—call for Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Baby Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

46.   Defendant left the following message on Plaintiff's phone on August 20, 2010 at 10:29am: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

47.   Defendant left the following message on Plaintiff's phone on August 24, 2010 at 12:22pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

48.   Defendant left the following message on Plaintiff's phone on August 24, 2010 at 3:08pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

49.   Defendant left the following message on Plaintiff's phone on August 25, 2010 at 10:52am: "Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not --."

50.   Defendant left the following message on Plaintiff's phone on August 25, 2010 at 1:51pm: "Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If

this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

51.     Defendant left the following message on Plaintiff's phone on August 27, 2010 at 10:49am: "Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. [Tone]. If this is not Elvis Babu Ogola, press 2 now. [Tone]."

52.     Defendant left the following message on Plaintiff's phone on August 27, 2010 at 11:17am: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

53.     Defendant left the following message on Plaintiff's phone on August 30, 2010: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

54.     Defendant left the following message on Plaitniff's phone on August 30, 2010: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

55.     Defendant left the following message on Plaintiff's phone on August 30, 2010: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola --."

56.     Defendant left the following message on Plaintiff's phone on September 1, 2010: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

57.    Defendant left the following message on Plaintiff's phone on September 2, 2010: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

58.    Defendant left the following message on Plaintiff's phone on September 7, 2010: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

59.    Defendant left the following message on Plaintiff's phone on September 14, 2010 at 10:49am: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola --."

60.    Defendant left the following message on Plaintiff's phone on September 15, 2010 at 12:59pm: "—Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

61.    Defendant left the following message on Plaintiff's phone on September 15, 2010 at 3:32pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

62.    Defendant left the following message on Plaintiff's phone on September 15, 2010 at 6:01pm: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

63.     Defendant left the following message on Plaintiff's phone on September 17, 2010 at 12:18pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

64.     Defendant left the following message on Plaintiff's phone on September 27, 2010 at 1:26pm: "Elvis Babu ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

65.     Defendant left the following message on Plaintiff's phone on September 27, 2010 at 4:03pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

66.     Defendant left the following message on Plaintiff's phone on October 1, 2010 at 11:29am: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

67.     Defendant left the following message on Plaintiff's phone on October 4, 2010 at 2:27pm: "This is not a sales or marketing call. If this is [pause], please press 1 now. If this is not [pause], please press 2 now. Once again, if this is [pause], please press 1 now. If this is not [pause], press 2 now."

68.     Defendant left the following message on Plaintiff's phone on October 4, 2010 at 8:05pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not --."

11

69.     Defendant left the following message on Plaintiff's phone on October 5, 2010 at 5:38pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not --"

70.     Defendant left the following message on Plaintiff's phone on October 6, 2010 at 1:10pm: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

71.     Defendant left the following message on Plaintiff's phone on October 6, 2010 at 3:42pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

72.     Defendant left the following message on Plaintiff's phone on October 7, 2010 at 1:11pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now."

73.     Defendant left the following message on Plaintiff's phone in October, 2010: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

74.     Defendant left the following message on Plaintiff's phone on October 8, 2010 at 11:02am: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

75.     Defendant left the following message on Plaintiff's phone on October 8, 2010 at 1:29pm: "Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

76.     Defendant left the following message on Plaintiff's phone on October 11, 2010 at 2:24pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this --."

77.     Defendant left the following message on Plaintiff's phone on October 11, 2010 at 4:14pm: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

78.     Defendant left the following message on Plaintiff's phone on October 18, 2010 at 3:38pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

79.     Defendant left the following message on Plaintiff's phone on October 19, 2010 at 1:12pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

80.     Defendant left the following message on Plaintiff's phone on October 19, 2010 at 3:59pm: "This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

81.    Defendant left the following message on Plaintiff's phone on October 20, 2010 at 10:53am: "This is not a sales or marketing call. If this is [pause], please press 1 now. If this is not [pause], please press 2 now. Once again, if this is --."

82.    Defendant left the following message on Plaintiff's phone on October 20, 2010 at 2:05pm: "—not a sales or marketing call. If this is [pause], please press 1 now. If this is not --."

83.    Defendant left the following message on Plaintiff's phone on October 20, 2010 at 8:07pm: "This is not a sales or marketing call. If this is [pause], please press 1 now. If this is not [pause], please press 2 now. Once again, if this is [pause], please press 1 now. If this is not [pause], press 2 now."

84.    Defendant left the following message on Plaintiff's phone on October 22, 2010 at 9:07am: "Elvis Babu Ogola. This is not a sales or marketing call. If this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, please press 2 now. Once again, if this is Elvis Babu Ogola, please press 1 now. If this is not Elvis Babu Ogola, press 2 now."

### Summary

85.    The above paragraphs reflect intentional attempts by the Defendant to harass Plaintiff to pay a debt that he did not owe.

86.    All of the above-described collection communications made to Plaintiff by Defendant were made in violation of numerous and multiple provisions of FDCPA, including but not limited to §1692b(1), §1692d(5) §1692d(6), amongst others.

87.    The above-detailed conduct by the Defendant of harassing Plaintiff in an effort to collect this debt was a violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA, as well as an invasion of Plaintiff's privacy by an intrusion upon seclusion.

88.     Defendants repeated attempts to collect this debt from Plaintiff, a person whom does not owe this debt, was an invasion of Plaintiff's privacy and his right to be left alone.

89.     Plaintiff suffered actual damages as a result of these illegal collection communications by the Defendant in the form of losing possible business due to the Defendant keeping the Plaintiff's line tied up with collection calls.

## CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF THE FDCPA

### 15 U.S.C. § 1692 et seq.

90.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

91.     The foregoing acts and omissions of the Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and everyone one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to the Plaintiff.

(a)     The Defendant violated 15 U.S.C. §1692b(1) by failing to properly identify itself in any of the multitude of messages it left.

(b)     The Defendant violated 15 U.S.C. § 1692d(5) by causing a telephone to ring repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

(c)     The Defendant violated 15 U.S.C. § 1692d(6) by placing telephone calls without meaningful disclosure of the caller's identity.

92.     As a result of each and every one of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount

up to $1,000.00 pursuant to 15 U.S.C. § 1692(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from each and every Defendant herein.

   **WHEREFORE,** Plaintiff prays that judgment be entered against Defendant and moves this Honorable Court for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendant and for the Plaintiff; for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692(a)(2)(A) against the Defendant and for the Plaintiff; for an award of costs of litigation and reasonably attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against the Defendant and for the Plaintiff, for an award of punitive damages against the Defendant and for the Plaintiff, and any other such relief this Honorable Court may deem just and proper in the spirit of justice.

**COUNT II**

**INVASION OF PRIVACY BY INTRUSION UPON SECLUSION**

93.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

94.   Congress explicitly recognized a consumer's inherent right to privacy in collection matters in passing the FDCPA, when it stated as part of its findings:

   **Abusive debt collection practices contribute** to the number of personal bankruptcies,

   to marital instability, to the loss of jobs, and to invasions of individual privacy.

15 U.S.C. § 1692(a) (emphasis added)

95.   Defendant and/or its agents intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff by repeatedly and unlawfully attempting to collect a debt and thereby invaded the Plaintiff's privacy.

96.     Defendant and its agents intentionally and/or negligently caused emotional harm to the Plaintiff by engaging in offensive conduct in the course of collecting this debt, thereby invading and intruding upon the Plaintiff's right to privacy.

97.     Plaintiff had a reasonably expectation of privacy in Plaintiff's solitude, seclusion, private concerns or affairs.

98.     The conduct of the Defendant and its agents in engaging in the above-described illegal collection conduct against the plaintiff, resulted in multiple intrusions and invasions of privacy by the Defendant which occurred in a way that would be highly offensive to a reasonable person in that position.

99.     As a result of such intrusions and invasions of privacy, the Plaintiff is entitled to actual damages in an amount to be determined at trial from the Defendant.

        **WHEREFORE,** Plaintiff prays that judgment be entered against Defendant and moves this honorable Court for an award of actual damages from the Defendant for the emotional distress suffered as a result of the intentional and/or negligent FDCPA violations and intentional and/or negligent invasions of privacy in an amount to be determined at trial and for the Plaintiff, for an award of punitive damages against the Defendant in favor of the Plaintiff, and for any other such relief this honorable Court may deem just and proper in the spirit of justice.

## COUNT III

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

100.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

101.    Defendant has intentionally inflicted emotional distress on the Plaintiff by its outrageous conduct.

        **WHEREFORE,** Plaintiff prays that judgment be entered against Defendant and moves

17

this Honorable Court for an award of actual damages against the Defendant and for the Plaintiff,

for an award of punitive damages against the Defendant and for the Plaintiff, and any other such

relief this Honorable Court may deem just and proper in the spirit of justice.

Respectfully submitted,

Jared Michael Lee, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
Florida Bar #:  0052284
Attorney for Plaintiff

18