UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAX CHMELIK,

    Plaintiff,

CASE NO.: 6:11-CV-1018-ORL-28DAB

-vs-

CENTRAL CREDIT SERVICES, INC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Max Chmelik, by and through undersigned counsel, and hereby notifies the Court that the parties have reached a settlement of this matter and this action may be dismissed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 21 day of September, 2011 to: Central Credit Services, Inc., c/o Corporation Services Company, 1201 Hays St., Tallahassee, FL 32301.

Jared Michael Lee, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0052284
Attorney for Plaintiff