# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAX CHMELIK,**

        **Plaintiff,**

-vs-                                  **Case No. 6:11-cv-1018-Orl-28DAB**

**CENTRAL CREDIT SERVICES, INC.,**

        **Defendant.**

_____

# ORDER

This cause is before the Court on the Notice of Settlement filed by Plaintiff ("Notice") (Doc. 9). The Notice states this action may be dismissed. Defendant has not filed an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(I) and 41(a)(1)(B). The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party